Charles M. Sabo 006200
Charles M. Sabo, P.C.
4700 S. Mill Avenue, Ste. 7
Tempe, Arizona 85282
Telephone: (480) 820-5931
Fax: (480) 820-8099
e-mail: charlessabopc@earthlink.net
Attorney for Debtor

**UNITED STATES BANKRUPTCY COURT, DISTRICT OF ARIZONA**

| | |
|---|---|
| In re:<br><br>IRINA V. LOSACKER,<br><br>    Debtor.<br><br>IRINA V. LOSACKER<br><br>    Plaintiff,<br><br>vs.<br><br>JPMORGAN CHASE BANK, NA<br><br>    Defendant. | No. 2:09-bk-01979 RJH<br><br>Chapter 13 Proceeding<br><br>**COMPLAINT PURSUANT TO 11 U.S.C. SECTION 506(a) AND BANKRUPTCY RULE 3012 TO DETERMINE THE VALUE OF SECURITY AND DEFENDANT'S ALLOWED CLAIM**<br><br>Adversary No. 2:09-ap-01671 RJH |

IRINA V. LOSACKER, Debtor and Plaintiff herein, by and through her undersigned counsel, for her Complaint against Defendant, alleges as follows:

1. The Plaintiff alleges that this a core proceeding as defined by Section 157(b)(2) of Title 28 of the United States Code in that it concerns claims and matters arising out of the administration of this bankruptcy case and rights duly established under Title 11 of the United States Code and other applicable federal law.

2. The Plaintiff further alleges that this Court has both personal and subject matter jurisdiction to hear this case pursuant to Section 1334 of Title 28 of the Untied States Code, Section 157(b)(2) of Title 28 of the United States Code.

3. This adversary proceeding arises under Debtor's administrative case number 2:09-

1

bk-01979 RJH, filed pursuant to Chapter 13 of the United States Bankruptcy Code on February 5, 2009, which is currently pending in this Court.

4. On the petition date, Plaintiff was fee owner of real property located at 8028 N. 32nd Avenue, Phoenix AZ 85051, and legally described as:

> LOT 149 OF NORTHERN MANOR UNIT TWO AMENDED ACCORDING TO THE PLAT OF RECORD IN THE OFFICE OF THE COUNTY RECORDER OF MARICOPA COUNTY ARIZONA RECORDED IN BOOK 205 OF MAPS PAGE 13.

5. On the date of the petition, Plaintiff was indebted to National City Bank under a Note and first position Deed of Trustee in the approximate principal amount of $121,136.00.

6. On the date of the petition, Plaintiff was indebted to JPMorgan Chase Bank, NA under a Note and second position Deed of Trust in the approximate amount of $35,186.00. This Deed of Trust was recorded at the Maricopa County Recorder's office on July 27, 2007 as instrument number 20070851211.

7. Plaintiff alleges that on the date of the Petition, the value of the property was $90,000.00.

8. Plaintiff alleges that there is no equity in the property above the first lien of National City Bank and, therefore, Defendant has no secured interest for the loan secured by the second deed of trust on the property.

9. Pursuant to 11 U.S.C. Section506(a), Defendant has no allowable secured claim regarding the second deed of trust loan on the property.

10. Any timely filed claim of Defendant for the second mortgage loan is allowable only as an unsecured claim and to the extent that no such claim is filed the Defendant has no claim against this estate.

WHEREFORE, Plaintiff respectfully prays of the Court as follows:

1. That the Defendant's deed of trust encumbering the real property owned by Debtor described herein shall be and is avoided upon entry of Discharge in Debtor's Chapter 13 case.

2. That the Defendant's claim is an unsecured claim.

3. That upon entry of Debtor's discharge, the Court's Order my be recorded with the appropriate County Recorder as a release and reconveyance of Defendant's deed of trust.

4. For such other and further relief as the Court may deem just and proper.

RESPECTFULLY SUBMITTED this 14th day of December, 2009.

CHARLES M. SABO, P.C.

By /s/CMS ABN 006200
CHARLES M. SABO
4700 South Mill Avenue, Ste. 7
Tempe, Arizona 85282
Attorney for Debtor